WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**PAUL SKINNER**,                                                    CV # 06-122-KI

        Plaintiff,

vs.                                                                ORDER

**COMMISSIONER of Social Security**,

        Defendant.

        Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the

amount of $7,499.67 and no costs or expenses shall be awarded to Plaintiff pursuant to the Equal

Access to Justice Act 28 U.S.C. § 2412.  The check shall be mailed to Plaintiff's attorney's office:

Wilborn Law Office, P.C., 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.  Any

assignment of this award that is made shall be in compliance with the law.

        DATED this 23 day of July, 2007.

                                        _____
                                        United States District Judge

Submitted on July 18, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1