FILED'07 NOV 14 08:44USDC-ORP

WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff


# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON


**PAUL SKINNER**,                                                    CV 06-122-KI

        Plaintiff,

vs.                                                                              ORDER

**COMMISSIONER of Social Security**,

        Defendant.

_____

        Attorney fees in the amount of $13,955.50 are hereby awarded to Plaintiff's attorney pursuant

to 42 U.S.C. § 406(b).  The court finds this is a reasonable fee.  Previously, this court awarded

$7,499.67, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The amount

previously awarded under the EAJA will be refunded to Plaintiff, and Plaintiff's attorney may retain

the balance of $6,455.83, minus any user fee.  Any amount withheld by the agency after all

administrative and court attorneys fees are paid should be released to the claimant.

        DATED this /3 day of Nov , 2007.

                                                    _____
                                                    United States District Judge

Presented by:
/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff


ORDER - Page 1